PROB 12C
(7/93)

Report Date: April 27, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

APR 27 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Canela-Rodriguez        Case Number: 2:10CR02058-001

Address of Offender: incarcerated at the San Diego, California, MMC

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 8/13/2010

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(b)(2) | |
| Original Sentence: | Prison - 8 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: 2/18/2011 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: 2/19/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: On April 20, 2012, a criminal complaint was filed in U.S. District Court for the Southern District of California, magistrate number 3:12MG01407-001, charging Mr. Canela-Rodriguez with Deported Alien Found in the United States, in violation of 8 U.S.C. § 1326.

On April 18, 2012, border patrol agents responded to a report of suspected illegal aliens near the town of Jacumba, California. After discovering some footprints and following them, agents encountered three individuals attempting to conceal themselves in the brush. All three individuals were questioned and stated they were citizens and nationals of Mexico and were not in possession of legal immigration documents. Agents placed all three subjects under arrest.

Record checks were conducted and revealed a criminal and immigration history for the defendant, Luis Canela-Rodriguez. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. These same records

Prob12C
Re: Canela-Rodriguez, Luis
April 27, 2012
Page 2

showed the defendant had not applied for permission from the Attorney General or the Secretary of the Department of Homeland Security to return to the United States after being removed.

2          **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

**Supporting Evidence**: The defendant illegally reentered the United States without permission on or about April 18, 2012.

Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on February 18, 2011, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/27/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/27/12

Date